CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO, et al.,<br><br>Defendants. | Case No.: 2:24-cr-246 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  October 1, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for October 1, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on December 3, 2024, at 9:30 a.m. for further status conference. Counsel require additional time to review discovery, confer with their respective clients, and conduct investigation in order to prepare for trial.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, September 24, 2024, through December 3, 2024, and that the ends of justice served in granting the continuance and allowing the

09/25/24

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:  September 24, 2024    /S/    Cameron Desmond
PHILLIP TALBERT
by CAMERON DESMOND
Attorney for Plaintiff

DATED:  September 24, 2024    /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Carlos Colindrez-Erazo

DATED:  September 24, 2024    /S/    Shari Rusk
SHARI RUSK
Attorney for Aronis Jose Hernandez-Aguilar

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for October 1, 2024, at 9:30 a.m., is vacated and the matter is continued for status conference to December 3, 2024, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, September 24, 2024, through December 3, 2024, under Local Code T4, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:  **September 25, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

09/25/24