CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>CARLOS COLINDREZ-ERAZO, et al.,<br><br>            Defendants. | Case No.: 2:24-cr-246 DAD-2<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   May 4, 2026<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for May 4, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on May 18, 2026, at 9:30 a.m. for further possible change of plea.  The government has proffered a revised plea agreement for the defendant's consideration. Defense counsel requires additional time to coordinate with an interpreter to have the document translated for Mr. Colindrez-Erazo, meet with Mr. Colindrez-Erazo, and conduct further investigation.  *This stipulation applies only as to Defendant-Colindrez-Erazo.*

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

04/28/26

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, April 28, 2026, through May 18, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      April 28, 2026          /S/      Cameron Desmond
                                    ERIC GRANT
                                    by CAMERON DESMOND
                                    Attorney for Plaintiff

DATED:      April 28, 2026          /S/      Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Carlos Colindrez-Erazo

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for May 4, 2026, at 9:30 a.m., is  vacated and continued for further status conference and possible change of plea to May 18, 2026, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, April 28, 2026, through May 18, 2026, to afford counsel reasonable time to prepare pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T4..  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:    **April 28, 2026**          _____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE

04/28/26