CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO, et al.,<br><br>Defendants. | Case No.: 2:24-cr-246 DAD<br>2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE: October 5, 2025<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, and in consultation with US Probation, that the sentencing hearing in this matter, currently scheduled for October 5, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on November 16, 2026, at 9:30 a.m. for judgment and sentencing. The defense requires additional time to prepare mitigating information relevant to sentencing. Mr. Colindrez-Erazo is currently housed at Taft Community Correctional Facility, which restricts defense counsel's ability to arrange meetings with him.

//

//

DATED: September 25, 2026 /S/ Cameron Desmond
ERIC GRANT
by CAMERON DESMOND
Attorney for Plaintiff

DATED: September 25, 2026 /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Carlos Colindrez-Erazo

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for October 5, 2025, at 9:30 a.m., be vacated and continued for judgment and sentencing to November 16, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE